Lateef Sharperson
Reg. #54247-007
Federal Correctional Institution
Williamsburg Medium
P.O. Box 340
Salters, South Carolina 29590

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LATEEF SHARPERSON, )
)  Case: 1:19-cv-03560   (I Deck)
  Plaintiff, )  Assigned To : Unassigned
)  Assign. Date : 11/25/2019
  v. )  Description: FOIA/Privacy Act
)
U.S. DEPARTMENT OF JUSTICE, )
)
  Defendant. )

## COMPLAINT FOR INJUNCTIVE RELIEF

This is an action under the Freedom of Information Act. Title 5 U.S.C. §552, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld form plaintiff by defendant Department of Justice ("DOJ") and it component Executive Office for United States Attorneys ("EOUSA").

**RECEIVED**
NOV 2 5 2019
Clerk, U.S. District and
Bankruptcy Courts

JURISDICTION AND VENUE

1. The court has both subject matter jurisdiction over the action and personal jurisdiction over this action pursuant to 28 U.S.C. §1331. Venue lies in this district under Title 5 U.S.C. §552(a)(4)(B).

2. Plaintiff Lateef Rashad Sharperson is a federal inmate currently incarcerated at FCI Williamsburg in South Carolina.

1

3. Defendant DOJ is a Department of the Executive Branch of the United States Government, and includes component entity EOUSA. The DOJ is an agency within the meaning of Title 5 U.S.C. §552(f).

## PLAINTIFF'S FOIA REQUEST AND DEFENDANT'S FAILURE TO RESPOND

4. By form letter to EOUSA dated September 2017, plaintiff submitted Freedom of Information Act ("FOIA") request seeking documents pertaining to his criminal conviction.

5. By letter dated September 8, 2017, defendant EOUSA acknowledged plaintiff's request and assigned EOUSA FOIA Tracking No. 2017-002785. The EOUSA also applied the "unusual circumstances" provision which extended the time limit to respond to the request an additional ten days. (See Exhibit 1).

6. By letter dated June 2018, plaintiff wrote EOUSA to check the status of the FOIA request. Plaintiff also refined the scope of his request in order to receive a more timely response by specifying "I am seeking documents, records and/or communications between AUSA Kenya Davis, Esquire and Leonard L. Long Jr. Esquire (Bar No. 385311) in regards to D.C. Superior Court Case 2014-CF1-10770 from dates June 19, 2014 to November 19, 2014."

7. By letter June 22, 2018 plaintiff requested assistance from the Office of Government Information Services ("OGIS") pertaining to the FOIA request to the EOUSA.

8. By letter dated June 29, 2018 the OGIS stated they were able to make contact with the EOUSA employee responsible for the initial processing of the request, who informed them that the FOIA request was currently being processed and should be submitted to the reviewing attorney by the end of the week. (See Exhibit 2).

9. By letter dated August 8, 2018 plaintiff requested assistance from the OGIS pertaining to the FOIA request to the EOUSA. Plaintiff also wrote the EOUSA Public Liaison Donna Preston requesting an estimated date of completion of the FOIA request.

10. By letter dated February 1, 2019, the OGIS explained that they contacted EOUSA several times to request that EOUSA provide them with the status and estimated date of completion for the FOIA request. EOUSA was unable to provide them this information.

11. By letter dated July 30, 2019, plaintiff sent a certified letter requesting status of the FOIA request to EOUSA Public Liaison Donna Preston. (See Exhibit 3).

12. By letter dated September 11, 2019, plaintiff wrote Kevin Krebs, Assistant Director of EOUSA FOIA/Privacy Unit requesting the status of the FOIA request.

13. To date, defendant DOJ has not provided the records requested by plaintiff in its FOIA request, notwithstanding the FOIA's requirement of an agency response within twenty (20) working days.

14. Plaintiff has exhausted the applicable administrative remedies with respect to its FOIA request.

15. Based on the language and structure of FOIA, in order to make a "determination" within the statutory time periods and thereby trigger the administrative exhaustion requirement, the agency must at least indicate within the relevant time period the scope of the documents it will produce and the exemptions it will claim with respect to any withheld documents. The statute also requires an agency immediately notify the requester of the right "to appeal to the head of the agency any adverse determination."

This indicates that the "determination" must be substantive not just a statement of a future intent to produce non-exampt responsive documents. See 5 U.S.C. §552(a)(6)(C)(i).

16. In this case the DOJ did not make such a "determination" within the statutory time period. This request has now been ongoing for more than two years. As a result, the plaintiff is deemed by statute to have filled the exhaustion requirement.

17. The EOUSA has wrongfully withheld the requested documents from plaintiff.

## REQUESTED RELIEF

WHEREFORE, Plaintiff prays that the court:

a. Order defendant to disclose the requested records in their entirety and make copies available to plaintiff;

b. provide for expeditious proceedings in this action;

c. Award plaintiff its costs and reasonable attorney fees incured in this action; and

d. grant such other relief as the court may deem just and proper.

Respectfully submitted,

Lateef Sharperson
Reg. #54247-007
FCI Williamsburg Medium
P.O. Box 340
Salters, South Carolina 29590

E X H I B I T   [1]

September 8, 2017 Correspondence from EOUSA

 

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information Act & Privacy Act Staff*

---

*Bicentennial Building*     *(202) 252-6020*
*600 E Street, NW, Suite 7300*     *(202) 252-6047 Fax*
*Washington, DC 20530*



September 8, 2017

Lateef Sharperson
#54247-007 Housing Unit 5752
FCI PO Box 2000
Fort Dix, NJ 08640

EOUSA FOIA No. 2017-002785

Subject: Self/DC

Dear Mr. Sharperson,

This letter acknowledges receipt of your Freedom of Information Act/Privacy Act (FOIA) request received in the Executive Office for United States Attorneys. Your request has been assigned Tracking Number: EOUSA-2017-002785.

Your request seeks records from one or more field offices, and involves many voluminous records and/or requires consultation with another agency/component with a substantial interest in the subject-matter and therefore falls within "unusual circumstances" as set forth in the statute. See 5 U.S.C.S § 552(a)(6)(B)(i)-(iii). Accordingly, we are extending the time limit to respond to our request for ten additional days. See 5 U.S.C. § 552(a)(6)(B)(i). In addition, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately 30 business days, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track.

Under FOIA and Department of Justice regulations you may be required to pay certain costs associated with processing your request, including, searching for, reviewing, and duplicating requested records. Consequently, you may potentially incur those costs, unless you have requested and been granted a waiver or reduction in fees. In most instances, the first 100 pages to duplicate and the first two hours to search for records responsive to your request, will be provided to you free of charge. If after making those allowances, we determine that the cost to process your request will amount to more than $25.00, we will notify you in writing at a later date.[1] Requests that are specific, concrete and of limited scope (in time and/or subject matter) generally enable us to respond to you more quickly and possibly assess less fees. To avoid delay

and reduce ay potential fees, we respectfully request that you modify and narrow the scope of your request (See attachment).

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation service they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 96012 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

Attachment

Form No 001 - 8/16

---

[1] Search and review fees by professional personnel are charged at $40 per hour and duplication fees are assessed at five cents per page.

2

E X H I B I T   [2]

June 29, 2018 Correspondence from OGIS

 

NATIONAL ARCHIVES and RECORDS ADMINISTRATION
8601 ADELPHI ROAD, OGIS | COLLEGE PARK, MD 20740-6001
www.archives.gov/ogis | ogis@nara.gov | o: 202.741.5770 | f: 202.741.5769 | 877.684.6448

June 29, 2018-- Sent via U.S. mail

Mr. Lateef Sharperson
Register No. 54247-007
FCI Williamsburg
Federal Correctional Institution
P.O. Box 340
Salters, SC 29590

Dear Mr. Sharperson:

This responds to your request for assistance from the Office of Government Information Services (OGIS), which we received on June 22, 2018 via U.S. mail. OGIS is the Federal Freedom of Information Act (FOIA) ombudsman; in this role, we complement existing practice and procedure by assisting with the FOIA process. OGIS has no investigatory or enforcement power, nor can we compel an agency to release documents. Instead, OGIS provides information to FOIA requesters and Federal agencies to increase understanding and resolve disputes. Using OGIS services does not affect your right to pursue litigation.

We carefully reviewed your submission of information and we understand that you seek a status update on the FOIA request that you submitted to the Executive Office for the United States Attorneys (EOUSA) on September 8, 2017. EOUSA acknowledged receipt of your request but has not since contacted you about the delay in processing your records.

We were able to make contact with the EOUSA employee responsible for the initial processing of your request, who informed us that your case is currently being processed and should be submitted to the reviewing attorney by the end of the week. Many agencies, including EOUSA, are experiencing significant delays in processing times due to the high volume of FOIA requests, but EOUSA assured us that your case is being actively worked on and is moving along in the processing queue.

Should you have any additional questions or concerns about your FOIA request, you may contact Donna Preston, the EOUSA FOIA Public Liaison, at 202-252-6020, or write to the EOUSA FOIA Office at the following address:

Kevin Krebs
Assistant Director
FOIA/Privacy Unit
Executive Office for United States Attorneys
Department of Justice
175 N Street, N.E.
Suite 5.400
Washington, DC 20530-0001

We hope that this information is useful. Thank you for bringing this matter to OGIS. At this time, it appears that there is no further assistance OGIS can offer and we will close your case. If you have questions or concerns that we have not addressed, please contact us again.

Sincerely,

The OGIS Staff

**OFFICE OF GOVERNMENT INFORMATION SERVICES**
National Archives and Records Administration
8601 Adelphi Road (OGIS)
College Park, MD 20740-6001
Email: ogis@nara.gov
Phone: 202-741-5770 (local) or 1-877-684-6448 (toll-free)
Fax: 202-741-5769
Website: www.archives.gov/ogis
Blog: http://foia.blogs.archives.gov/

E X H I B I T   [3]

July 30, 2019 Correspondence to Donna Preston

7006 3450 0002 2841 2192

Lateef Shorperson
Reg. No. 54247-007
Federal Correctional Institution
Williamsburg Medium
P.O. Box 340
Salters, South Carolina 29590

July 30, 2019

Donna Preston
FOIA Public Liaison
FOIA/Privact Unit
Executive Office for United States Attorneys
Department of Justice
175 N Street, N.E.
Suite 5400
Washington, DC 20530-0001

Re:   EOUSA FOIA No. 2017-002785

Dear Ms. Preston:

  The above reference claim was filed in the Executive Office for United States Attorneys in September 2017. I have revised my request upon instruction. It has been approximately two years since the filing of the request. Would you be kind enough to inform me of the status of my claim at your earliest possible convenience. Thus your reply is URGENT. Many thanks.

Sincerely,

Lateef Shorperson

cc: file

Lateef Shareson 54247-007
FCI Williamsburg
PO Box 340
Salters, SC 29590

Legal Mail

◇54247-007◇
District Of Columbia
District Court
333 Constitution AVE NW
Washington, DC 20001
United States

